91 S.Ct. 674, 27 L.Ed.2d 701, which were handed down the same day and are directly in point. See also Jackson v. Dobbs, 442 F.2d 928 (5th Cir. 1971); Gordon v. Landrieu, 442 F.2d 926 (5th Cir. 1971); Gornto v. Thomas, et al., 439 F.2d 1406 (5th Cir. 1971).

We, therefore, vacate the judgment and remand the case with directions that it be dismissed.

Vacated and remanded with directions.

Lawrence D. Ross, and Roy S. Haber, Jackson, Miss., for plaintiffs-appellants.

James E. Rankin, Asst. Atty. Gen., Ed Davis Noble, Jr., Sp. Asst. Atty. Gen., Jackson, Miss., A. F. Summer, Atty. Gen. of Miss., for defendants-appellees.

Before O'SULLIVAN *, THORN-BERRY and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Phillip R. SPEAKE et al., Plaintiffs-Appellants,**

v.

**Rader GRANTHAM, Dean of Men, University of Southern Mississippi, et al., Defendants-Appellees.**

No. 30740.

United States Court of Appeals, Fifth Circuit.

April 15, 1971.

**Thomas Howell SKELTON, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 30794
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 19, 1971.

Rehearing Denied and Rehearing En Banc Denied April 23, 1971.

---

* Senior Circuit Judge, 6th Circuit, sitting by designation.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.